

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| FABRIKO ACQUISITION CORPORATION, *Plaintiff*, v. DEAN PROKOS; GREEN LAKE MARINA PROPERTIES, L.L.C.; STEVEN R. SORENSON, *Defendants*. | CIVIL ACTION NOS. 6:04-CV-00018<br>6:04-CV-00045<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

The Court issued an Order and accompanying Memorandum Opinion in connection with this matter on June 8, 2005. The Order of that date stated in part as follows:

> Let the Clerk of the Court forward a certified copy of this Order, under the official seal of this Court, to the Supreme Court of Virginia and thereafter forward to the Federal District Court for the Eastern District of Wisconsin such additional papers as the court may require, including, but not exclusively, the record in this case, or any portion thereof, or copies of the same.

Due to a typographical error in that language, the Court hereby issues this Order in correction. The above paragraph should have read as follows:

> Let the Clerk of the Court forward a certified copy of this Order, under the official seal of this Court, to the Federal District Court for the Eastern District of Wisconsin and thereafter forward to the Federal District Court for the Eastern District of Wisconsin such additional papers as the court may require, including, but not exclusively, the record in this case, or any portion thereof, or copies of the same.

1

It is so ORDERED.

The Clerk of the Court is directed to send a copy of this Order to all counsel of record.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

June 17, 2005
Date

2